600

360 A.2d 666

COMMONWEALTH

v.

LEWIS, Appellant.

Submitted February 17, 1976.
Vito F. Canuso, Jr., for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

359 A.2d 913

COMMONWEALTH

v.

LINT, Appellant.

Submitted April 12, 1976. David B. Reiss, and Horewitz and Reiss, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.